UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN O. HANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-1305-G |
| ODYSSEY HEALTHCARE, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The parties' joint motion for additional extension of time to answer or respond to complaint (docket entry 22) is **GRANTED**.  Defendants' time to answer or respond to complaint is **EXTENDED** until **December 20, 2010**.

**SO ORDERED**.

November 19, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**